IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| KAISER GROUP INTERNATIONAL, INC., et al. | ) Case Nos. 00-2263 to 00-2301 (MFW) |
| Debtors | ) |
| James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants, | ) Civil Action No. _____ |
| Appellants, | ) |
| v. | ) |
| Kaiser Group International, Inc., et al. | ) |
| Appellees. | ) |

### CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that on June 10, 2005, I caused a copy of the foregoing Emergency Motion for Expedited Action on the Appeal of the Bankruptcy Court's June 2, 2005 Order, Brief in Support of Emergency Motion for Expedited Action on the Appeal of the Bankruptcy Court's June 2, 2005 Order, and Proposed Order to be served on the following persons in the manner indicated below:

**BY UPS**
G. Christopher Meyer, Esquire
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304

**BY HAND DELIVERY**
Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

_____
A. Zachary Naylor (DE Bar # 4439)