**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| KAISER GROUP INTERNATIONAL, | ) Case Nos. 00-2263 to 00-2301 (MFW) |
| INC., et al. | ) |
| | ) |
| Debtors | ) |
| | ) |
| | ) |
| James D. Pippin and the Class of ICT | ) |
| Spectrum Bankruptcy Claimants, | ) Civil Action No. _____ |
| | ) |
| Appellants, | ) |
| v. | ) |
| | ) |
| Kaiser Group International, Inc., et al. | ) |
| | ) |
| Appellees. | ) |
| | ) |

## ORDER

AND NOW, this _____ day of _____, 2005, upon

consideration of Appellants' Emergency Motion for Expedited Action on the Appeal of

the Bankruptcy Court's June 2, 2005 Order, and any responses thereto, it is hereby

ORDERED that the Motion is GRANTED.   A hearing on the underlying appeal is

hereby scheduled for _____, 2005.


BY THE COURT:


_____
                                    J.