# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., et al. ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered Under |
| ) | Case No. 00-2263 (MFW)) |

## EMERGENCY NOTICE OF APPEAL

PLEASE TAKE NOTICE that Claimant James D. Pippin and the Class of ICT Spectrum Claimants ("Spectrum Claimants") appeal under 28 U.S.C. § 158(a) from the Order entered in this case by the Honorable Mary F. Walrath, Bankruptcy Judge, on June 2, 2005, denying Claimants' Motion for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy Court's February 2, 2004 Order, a copy of which is attached as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the Spectrum Claimants are filing this appeal on an emergency basis and by motion will request the District Court to take expedited action on the ground that, to avoid irreparable harm, relief is needed in less time than would normally be taken by the District Court to consider a bankruptcy appeal.

The names of the parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

    Party: Debtors Kaiser Group International, Inc., et al.

| | |
|---|---|
| G. Christopher Meyer, Esquire | Mark Minuti, Esquire |
| Squire, Sanders & Dempsey L.L.P., | Saul Ewing LLP |
| 4900 Key Tower | 222 Delaware Avenue, Suite 1200 |
| 127 Public Square | P.O. Box 1266 |
| Cleveland, OH 44114 | Wilmington, DE 19899 |
| Phone: (216) 479-8500 | Phone: (302) 421-6800 |
| Co-Counsel for Debtors | Co-Counsel for Debtors. |

Dated: June 8, 2005

                    CHIMICLES & TIKELLIS LLP

By: *[signature]*

Pamela S. Tikellis (DE Bar # 2172)
A. Zachary Naylor (DE Bar # 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Phone: (302) 656-2500

William R. Kane
Michael S. Tarringer
MILLER FAUCHER and CAFFERTY LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103
Phone: 215-864-2800

Attorneys for Claimant Pippin and the Class

2

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., *et al.*, ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |

Related to Docket Nos. 1724, 1725 and 1731

**ORDER DENYING MOTION OF CLAIMANT PIPPEN AND THE CLASS
OF ICT SPECTRUM CLAIMANTS FOR A STAY OF THE DE-REGISTRATION
OF KAISER GROUP HOLDINGS COMMON STOCK PENDING THE FINAL
DISPOSITION OF THE BANKRUPTCY COURT'S FEBRUARY 2, 2004 ORDER**

This matter came to be heard on the Motion of Claimant Pippen and the Class of ICT Spectrum Claimants for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy Court's February 2, 2004 Order (the "Motion") (Docket No. 1724); and the Memorandum of Law in support of the Motion (Docket No. 1725); and the Court having also considered Kaiser's Response to the ICT Claimants' Motion for a Stay of the De-Registration of Kaiser Group Holdings Common Stock (Docket No. 1731); and it appearing that proper and adequate notice of the ICT Motion has been given and that no other or further notice is necessary; and upon the record of the hearing held before me on May 31, 2005 (the "Hearing"); and after due deliberation thereon; and for the reasons stated by the Court on the record at the Hearing, it is

ORDERED, ADJUDGED AND DECREED THAT the Court is without subject-matter jurisdiction to grant the relief requested in the Motion, and accordingly, the Motion is DENIED.

_____
Honorable Mary F. Walrath
Chief United States Bankruptcy Judge

Dated: June 2, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., et al. ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered Under |
| ) | Case No. 00-2263 (MFW)) |

## CERTIFICATE OF SERVICE

I, Michael S. Tarringer, hereby certify that on June 8, 2005, I caused a copy of the foregoing Emergency Notice of Appeal to be served by fax and U.S. Mail on the following:

G. Christopher Meyer, Esquire
Squire, Sanders & Dempsey L.L.P.,
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

_/s/ Michael S. Tarringer_
Michael S. Tarringer

**MILLER FAUCHER and CAFFERTY LLP**
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103
Phone: 215-864-2800