# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| Kaiser Group International, Inc. | : 00-2263 through 00-2301 |
| Debtors. | : Jointly Administered |

### DECLARATION OF MARIAN P. HAMLETT

I, Marian P. Hamlett, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years old and am employed by Kaiser Group International, Inc. as Chief Financial Officer and Executive Vice President. I have personal knowledge of the facts stated in this Declaration and they are true and correct.

2. In accordance with the February 2, 2004 Order of the Bankruptcy Court for the District of Delaware, Kaiser set aside and is presently holding in reserve 262,975 shares of New Common Stock for the benefit of the ICT Claimants.

3. Kaiser will continue to hold these shares in reserve for the benefit of the ICT Claimants throughout the appeal of that Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of August 2004.

_____
Marian P. Hamlett