3.    I received a B.A. and an M.A. in Economics from the University of

Western Ontario and a Doctorate degree in Economics from the University of California,

at Los Angeles, and, subsequently served as a Senior Consultant at a consulting firm

where I managed projects involving alleged securities fraud, insider trading, and market

manipulation. More information regarding my background and experience is included in

my resume, attached to this Declaration as Exhibit 1.

4.    I have been retained by Miller Faucher and Cafferty LLP to opine on

marketability and cost savings issues associated with Kaiser Group Holdings' plans to

deregister the Company's common stock with the Securities and Exchange Commission

("SEC") and suspend its reporting obligations under the Securities Exchange Act of

1934, as amended.

5.    In preparing this report, I have reviewed the following information:

i.    Pleadings (with attachments), Hearing Transcripts and Court Orders filed in
this Bankruptcy action related to the Pippin Motion for Resolution of the
Class Claim;
ii.   Kaiser Group Holdings' Preliminary Proxy Statement (Schedule 14A) and
related Press Release;
iii.  Kaiser's Second Amended Plan of Reorganization;
iv.   "Valuing a Business, The analysis and Appraisal of Closely Held Companies,
4th Edition by Pratt, Reilly $ Schweibs © 2000, pp. 392-411;
v.    Miller Canfield Corporate & Securities Law Update, Summer 2004; and
vi.   Kaiser Group Holdings Corporate filings and Stock price information, ranging
from 2000 to present.

6.    Kaiser Group International, Inc. ("Kaiser") is seeking shareholder

approval to execute a 1-for-20 reverse stock split. Kaiser hopes to reduce the number of

shareholders below 300 by cash settling any fractional post-split shares. Kaiser intends to

thereafter seek permission from the Securities and Exchange Commission to stop filing

public reports with the Commission.

7.     If put to a shareholder vote, the proposal is likely to pass as two board members proposing the reverse split control approximately 60% of the shares outstanding. The proposal will benefit these controlling shareholders at the expense of minority shareholders.

8.     The proposal to cease reporting is likely to substantially reduce the value of minority shareholders who continue to hold post split shares while increasing the value of the shares held by controlling shareholders.

9.     The minority shareholders and potential minority shareholders will not have as much readily available information about the company if Kaiser ceases reporting. What information is available will not be as readily accessible and will be less reliable. The deterioration in the quantity and quality of publicly available information resulting from Kaiser's proposal will make the valuation of minority interests much more difficult thereby reducing the value independent investors place on Kaiser's stock.

10.    In addition, the informational advantage already enjoyed by controlling shareholders over minority shareholders will increase dramatically as a result of the proposal thereby making it more likely minority shareholders will be further harmed by subsequent board actions. This increased ability for controlling shareholders to successfully self-deal will further reduce the value independent investors will place on Kaiser's stock.

11.    Existing studies of discounts for lack of marketability and of premiums paid for controlling blocks of shares provide a range of estimates for the harm likely to be

3

suffered by minority shareholders if the controlling shareholders are able to implement their proposal. While there is significant variation in the studies' results, they report estimates of the harm suffered by minority shareholders of 20%, 30%, even 40%.

12.    The benefits claimed for Kaiser's proposal vanish next to these estimates of the harm to minority shareholders. Kaiser has identified gross direct cost savings from not having to file periodic reports with the Commission of $125,000 or approximately $0.08 per share or less than 0.3% of the current stock price. If the proposal passes and Kaiser ceases reporting with the Securities and Exchange Commission, it will still incur legal, accounting and printing costs and so $0.08 per share significantly overstates the costs savings.

13.    These direct savings will be offset with the costs of meeting the reduced reporting requirements Kaiser will continue to have and will, in the first year at least, be more than fully offset by the costs of the reverse stock split and the petition to the Commission. Kaiser expects to pay $130,000 in fees associated with the reverse stock split and its petition to cease reporting. These costs alone will consume two years of the estimated net direct cost savings. In addition, Kaiser estimates that it will pay out $150,000 to purchase fractional post split shares. Far from conserving cash, Kaiser's proposal will be a net user of cash for at least three or four years.

14.    Kaiser also suggests that there will be savings as a result of management no longer needing to focus on reporting to investors through the Securities and Exchange Commission. Even the unsubstantiated high savings in management time pale in comparison to the potential harm to minority shareholders. Kaiser estimates the annual

4

cost savings to be as much as $500,000, but this is only $0.30 per share or 1% of the $29.25 value Kaiser places on its stock. Minority shareholders are likely to suffer substantial harm, many orders of magnitude larger than the savings in management time.

15.    The only beneficiaries of Kaiser's proposal are the controlling shareholders. If Kaiser's proposal passes, these insiders who already have an informational advantage will continue to have the same information but minority shareholders and potential minority shareholders will have much less information. The pink sheet quotes Kaiser currently believes serve as a valid indicator of share value definitely will lose whatever informational value they currently have.

Craig J. McCann, Ph.D., CFA

Securities Litigation & Consulting Group
3998 Fair Ridge Drive, Suite 250
Fairfax, Virginia 22033
Main: (703) 246-9380
Toll Free: (877) 246-9380
Fax: (703) 246-9387
http://www.slcg.com

# EXHIBIT   1



**SECURITIES LITIGATION
& CONSULTING GROUP**

# Craig J. McCann, Ph.D., CFA
President

CRAIGMCCANN@SLCG.COM
703-246-9381

## Key Qualifications

Dr. McCann is President, Securities Litigation and Consulting Group, Inc. He is experienced in securities class action litigation, financial analysis, investment management and valuation. Dr. McCann has taught graduate investment management at Georgetown University and at the University of Maryland, College Park. He held a Series 7 and a Series 63 NASD registration and is an NASD-R arbitrator. Dr. McCann is a Chartered Financial Analyst and a National Futures Association arbitrator.

Dr. McCann received a B.A. and an M.A. in Economics from the University of Western Ontario and a Doctorate degree in Economics from the University of California, at Los Angeles. Dr. McCann's fields of graduate study were industrial organization, mathematical economics and information and uncertainty. His dissertation examined the incidence of golden parachutes and their effect on stock prices. After receiving his doctorate degree, Dr. McCann taught economics at the University of South Carolina.

Prior to founding Securities Litigation and Consulting Group, Dr. McCann was Director at LECG and Managing Director, Securities Litigation at KPMG. Dr. McCann was a senior financial economist at the Securities and Exchange Commission. There he focused on investment management issues and contributed financial analysis to numerous investigations involving alleged insider trading, securities fraud, personal trading abuses and broker-dealer misconduct.

Dr. McCann was a Senior Consultant at a consulting firm where he managed projects involving alleged securities fraud, insider trading, and market manipulation. These projects included analysis of materiality, causation, damages and class certification. In addition, he has consulted on transfer pricing, breach of contract, labor and antitrust cases as well as on various regulatory matters.

Dr. McCann has published in the *Journal of Legal Economics*, the *Journal of Applied Corporate Finance* and in the *Harvard Business Review.* He has testified in state and federal court, in NASD, NYSE, JAMS and AAA arbitration proceedings and before the United States Senate. He is an Associate Member of the American Bar Association.

Craig J. McCann
(page 2)

# Professional Experience

SECURITIES LITIGATION AND CONSULTING GROUP, INC.
2000 -        *President*
              Expert consulting and testifying in securities class actions, investment management, labor and
              valuation disputes.

Navigant Consulting, Inc. / LECG
1999-2000    *Director*
              Expert consulting and testifying in complex litigation.

KPMG llp
1997-1999    *Managing Director, Securities Litigation*
              Directed projects in complex litigation.

UNIVERSITY OF MARYLAND, COLLEGE PARK
1995-1998    *Adjunct Professor of Finance*
              Teaches graduate investment management, security analysis and modern portfolio theory.

GEORGETOWN UNIVERSITY
1996         *Adjunct Professor of Finance*
              Taught graduate investment management, security analysis and modern portfolio theory.

NATIONAL ECONOMIC RESEARCH ASSOCIATES
1995-1997    *Senior Consultant*
              Directed projects in the economics of complex securities litigation, antitrust and breach of
              contract.

VIRGINIA TECH
1995-1997    *Adjunct Professor of Economics*
              Teaches graduate managerial economics.

U.S. SECURITIES AND EXCHANGE COMMISSION
1994-1995    *Professional Fellow and Acting Associate Chief Economist for Policy*
              Reviewed Commission initiatives and coordinated research in support of Chief Economist.
              Conducted independent research into portfolio management performance, investment
              advisors' personal trading and quantitative risk measures.  Provided financial analysis in
              support of enforcement actions.

ECONOMIC ANALYSIS CORPORATION
1993-1994    *Senior Economist*
              Directed projects involving analysis of vertical and horizontal practices, mergers, and general
              business damages.

U.S. SECURITIES AND EXCHANGE COMMISSION
1992-1993    *Academic Fellow*
              Conducted research into the valuation and expensing of employee stock options, reviewed
              policy proposals and supported numerous enforcement actions with financial analysis.

UNIVERSITY OF SOUTH CAROLINA, COLLEGE OF BUSINESS
1987-1992    *Assistant Professor*
              Taught economics, antitrust and public policy towards business at undergraduate, masters,
              MBA and doctorate levels.

## Education

UNIVERSITY OF CALIFORNIA, LOS ANGELES
1989        Ph.D., Economics
1986        M.A., Economics

UNIVERSITY OF WESTERN ONTARIO
1983        M.A., Economics
1982        B.A., Economics

Chartered Financial Analyst
Series 7 NASD Registration (1997-1999)
Series 63 NASD Registration (1997-1999)

## Professional Activities

NASD-Regulation, Inc. Arbitration Panel member
National Futures Association Arbitration Panel member
American Bar Association - Section of Business Law
American Economic Association
American Finance Association
Association for Investment Management and Research
Washington Society of Investment Analysts

## Testimony, Depositions, Reports and Affidavits

Direct and cross-examination in *Metro Equipment v Morgan Stanley Dean Witter, et al* NASD Arbitration, June 12, 2003 and January 9, 2004 on liability and damages.

Expert Report in *Century Business Services v Victor C. Moore,* Court of Common Pleas, Cuyahoga County, Case No. 469291, January 6, 2004 on materiality of and losses due to alleged accounting irregularities.

Expert Report in *United States of America v Jeffry R. Anderson* District of Eastern Virginia, Docket 1:03-CR-444, January 2, 2004 on losses due to alleged accounting irregularities.

Direct and cross-examination in *Jack E. Forbes v A.G. Edwards, et al* Circuit Court of Monongalia County, State of West Virginia, Civil Action No. 01-C-325, December 11, 2003 on liability and damages.

Expert Report in *United States of America v Scott H. Miller* District of Eastern Virginia, Docket No. 03-443-A, December 3, 2003 on losses due to alleged accounting irregularities.

Direct and cross-examination in *Gordon McCormack et al v Merrill Lynch, et al*, NASD Arbitration, November 13, 2003 on liability and damages.

Direct and cross-examination in *ESCAM Trust v MSDW et al,* NASD Arbitration, October 23, 2003 on liability and damages.

Deposition testimony in *Jack E. Forbes v A.G. Edwards, et al* Circuit Court of Monongalia County, State of West Virginia, Civil Action No. 01-C-325, September 30, 2003 on liability and damages.

Craig J. McCann
(page 4)

Deposition testimony in *William J. Kerley v McCullough, Sherrill LLP, et al* State Court of Fulton County, State of Georgia, Civil Action No. 02VS028870E, September 11, 2003 on liability and damages.

Expert Report in *Michael B. Holt, as Trustee of the Mark E. Munro Charitable Remainder Unitrust, v Merrill Lynch Trust Co., et al* Superior Court of New Jersey, Docket # ESX-L-6713-02 September 8, 2003 on liability and damages.

Expert Report in *In re: Thompsons vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania February Term 2002, 004428, August 25, 2003 on liability and damages.

Rebuttal Expert Report in *In re: World Access, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division, 1:99-CV-0043-ODE August 8, 2003 on liability and damages.

Direct and cross-examination in *Marcia Cote v Edward Jones, et al* NASD Arbitration, July 30, 2002 on liability and damages.

Direct and cross-examination in *Chris Wendling et al v Merrill Lynch, et al* NASD Arbitration, July 17, 2002 on liability and damages.

Expert Report in *In re: Moutsatsos vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania May Term 2001, 003659, July 7, 2003 on liability and damages.

Expert Report in *In re: World Access, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division, 1:99-CV-0043-ODE June 27, 2003 on liability and damages.

Direct and cross-examination in *Marcia Lockwood et al v Morgan Stanley Dean Witter et al* NASD Arbitration, March 20, 2003 and June 30 on liability and damages.

Direct and cross-examination in *J Hatch v Olde Discount Brokers, et al* NASD Arbitration, March 4, 2003 and May 28, 2003 on liability and damages.

Affidavit in *Nancy J. Needham et al v Advanced Communications et al* Circuit Court of Florida, Fifteenth Judicial Circuit, Case No.: 00-0067-CA-HDH, May 15, 2003 on damages.

Direct and cross-examination in *Orr v Washington Square Securities, et al* NASD Arbitration, April 30, 2003 on liability and damages.

Direct and cross-examination in *Manfredi v FSC Securities, et al* NASD Arbitration, April 22, 2003 on liability and damages.

Deposition testimony in *JDN Realty et al v McCullough, Sherrill LLP, et al* Superior Court of the State of Georgia, Civil Action No. 01-CV-39193, April 8, 2003 on liability and damages.

Direct and cross-examination in *Jorge Caso-Bercht v CIBC Oppenheimer, et al* NASD Arbitration, April 1 and April 3, 2003 on damages.

Direct and cross-examination in *Prudential Securities v Serafin Garcia, et al* NASD Arbitration, March 18, 2003 on liability and damages.

Craig J. McCann
(page 5)

Expert Report in *Securities and Exchange Commission v David W. Butler* United States District Court Western District of Pennsylvania, Civil Action No. 00-1827, January 9, 2003 on liability and damages in an insider trading case.

Expert Report in *Jorge Caso-Bercht v CIBC Oppenheimer, et al* NASD Arbitration, January 9, 2003 on damages.

Direct and cross-examination in *Claire Wagenhals v Piper Jaffray, et al* NASD Arbitration, November 6, 2002 on liability and damages.

Direct and cross-examination in *Maria Eugenia Rivera de Barroso, et al v CIBC Oppenheimer, et al* NYSE Arbitration, October 14, 2002 on damages.

Direct and cross-examination in *Eugene Faust v Gruntal et al* NASD Arbitration, September 12, 2002 on liability and damages.

Direct and cross-examination in *Richard Eaton v UBS PaineWebber* NYSE Arbitration, July 30, 2002 on liability and damages.

Direct and cross-examination in *Stephen Bauer v Morgan Stanley Dean Witter* NYSE Arbitration, July 24, 2002 on liability and damages.

Direct and cross-examination in *Bradley Markham and John Truchanowicz v Black Box Inc* AAA Arbitration, June 4, 2002 on liability and damages.

Direct and cross-examination in *Douglas Millar et al v Merrill Lynch, et al* JAMS Arbitration, May 9, 2002 on liability and damages.

Supplemental Expert Report in *Maria Eugenia Rivera de Barroso, et al v CIBC Oppenheimer, et al* NYSE Arbitration, April 29, 2002 on liability and damages.

Deposition testimony in *Dezendorf v Riggs Bank*, April 24, 2002, District of Columbia Superior Court, Civil Action No. 00502-01 on damages in trust management case.

Supplemental Expert Report in *Douglas Millar et al v Merrill Lynch, et al* JAMS Arbitration, April 10, 2002 on liability and damages.

Expert Report in *Douglas Millar et al v Merrill Lynch, et al* JAMS Arbitration, March 23, 2002 on liability and damages.

Expert Report in *Maria Eugenia Rivera de Barroso, et al v CIBC Oppenheimer, et al* NYSE Arbitration, March 1, 2002 on liability and damages.

Direct and cross-examination in *Korn v Merrill Lynch et al* NASD Arbitration Panel, January 23, 2002 on liability and damages.

Direct and cross-examination in *Considine v Considine* NASD Arbitration Panel, January 22, 2002 on liability and damages.

Direct and cross-examination in *Wolfe v Considine* NASD Arbitration Panel, November 27, 2001 on liability and damages.

Expert Report in *In re: Pediatric Services of America, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division, November 19, 2001 on liability and damages.

Direct and cross-examination in *United States of America v Paul F. Polishan* Middle District of Pennsylvania No.3: CR-96-274 November 15, 2001.

Expert Report in *United States of America v Paul F. Polishan* Middle District of Pennsylvania No.3: CR-96-274 November 5, 2001 on losses due to alleged accounting irregularities.

Deposition testimony in *Securities and Exchange Commission v David W. Butler* United States District Court Western District of Pennsylvania, Civil Action No. 00-1827, October 26, 2001.

Expert Report in *Securities and Exchange Commission v David W. Butler* United States District Court Western District of Pennsylvania, Civil Action No. 00-1827, October 15, 2001 on liability and damages in an insider trading case.

Direct and cross-examination in *Garcia v A.G. Edwards, et al* NASD Arbitration Panel, September 25, 2001 on liability and damages.

Affidavit in *Ratcliff Family Charitable Remainder Trust et al v Appletree Capital Management et al* Circuit Court of Collier County, Florida Case No.: 00-0067-CA-HDH, August 22, 2001 on damages in a trust management case.

Affidavit in *Mahrush Sabet v Olde Discount Corporation et al*, Superior Court of Arizona, July 31, 2001 on damages in sales practices case.

Declaration in *Kantishna Mining Company, Inc. et al v Gail Norton et al* United States District Court, District of Alaska F98-007 CV (JKS) June 1, 2001 on application of the Prudent Investor Rule in a takings case.

Direct and cross-examination jury trial testimony in *Mahrush Sabet v Olde Discount Corporation et al*, Superior Court of Arizona, April 24 and 25, 2001 on liability in sales practices case.

Expert Report and Declaration in *Kantishna Mining Company, Inc. et al v Gail Norton et al* United States District Court, District of Alaska F98-007 CV (JKS) April 17, 2001.

Direct and cross-examination in *H. James Griggs et al v Pace American Group, Inc., Coopers & Lybrand L.L.P., et al* United State District Court, District of Arizona, March 13, 2001 on liability and damages.

Direct and cross-examination in *Pierce v van Beuren*, Circuit Court of Rappahannock County, VA, January 24, 2001 on the returns to an investment portfolio.

Deposition testimony in *Mahrush Sabet v Olde Discount Corporation et al*, Superior Court of Arizona, January 22 and January 23, 2001 on liability and damages.

Expert Report in *Sanford I. Ruden and Martin R. Cramer v World Financial Services, Inc. et al.,* NASD Arbitration Panel, December 4, 2000 on liability and damages.

Deposition testimony in *H. James Griggs et al v Pace American Group, Inc., Coopers & Lybrand L.L.P., et al* United States District Court, District of Arizona, December 4, 2000 on liability and damages.

Expert Report in *H. James Griggs et al v Pace American Group, Inc., Coopers & Lybrand L.L.P., et al* United State District Court, District of Arizona, November 14, 2000 on liability and damages.

Craig J. McCann
(page 7)

Direct and cross examination in *Nickin v Ryan, Beck, et al* NASD Arbitration Panel,
November 9, 2000 on liability and damages.

Direct and cross-examination in *Mark R. Mueller v Gaines, Berland Inc., et al* NASD
Arbitration Panel, November 6, 2000 on liability and damages.

Direct and cross examination in *Raymond H. Stanton II and Raymond H. Stanton III v Cendant
Corporation*, American Arbitration Association, October 16 and 18, 2000 on damages.

Affidavit in *In re: Pediatric Services of America, Inc. Securities Litigation*, United States District
Court, Northern District of Georgia Atlanta Division, October 13, 2000 on class
certification.

Supplemental Expert Report in *Mahrush Sabet v Olde Discount Corporation et al*, Superior
Court of Arizona, October 11, 2000 on damages.

Expert Report in *Mark R. Mueller v Gaines, Berland Inc., et al* NASD Arbitration Panel,
October 3, 2000 on liability and damages.

Direct and cross examination in *Mary G. Johnson v Ryan, Lee & Co., Inc. and Preston Mulford,*
NASD Arbitration Panel, September 15 and September 26, 2000 on liability and damages.

Direct and cross-examination in *Cesar Maderazo and Lenor Maderazo v Piper Jaffray, Inc. and
Vincent H. Rossi,* NASD Arbitration Panel, September 12, 2000 on damages.

Expert Report in *David Lesser, et al v Quadramed Corporation* (00 Civ. 606-A E.D.VA.),
September 8, 2000 on liability and damages.

Expert Report in *Mahrush Sabet v Olde Discount Corporation et al*, Superior Court of Arizona,
August 31, 2000 on damages.

Expert Report in *UMG Recordings, Inc. et al v MP3.com, Inc.*, (00 Civ. 0472 (JSR) S.D.N.Y.)
August 8, 1999 on willfulness.

Expert Report in *Cesar Maderazo and Lenor Maderazo v Piper Jaffray, Inc. and Vincent H. Rossi,*
NASD Arbitration Panel, August 5, 2000 on damages.

Deposition testimony in *Jason A. Forge et al v National Semiconductor Corp. et al,* (CV 770082,
Superior Court of the State of California, County of Santa Clara) May 18, 2000 on
materiality.

Expert Report in *John Tenaglia and The Tenaglia Family Partnership v A.F. Best Securities et al*,
(U.S. District Court, Southern District of Florida) on churning, markups and suitability in a
retail municipal bond portfolio, March 31, 2000.

Affidavit in *Mahrush Sabet v Olde Discount Corporation et al*, Superior Court of Arizona,
February 17, 2000 on market microstructure and trading costs.

Expert Report in *Raymond H. Stanton II and Raymond H. Stanton III v Cendant Corporation*,
American Arbitration Association, February 9, 2000 on damages.

Expert Report in *South Beach Securities Inc.* before the National Securities Clearing
Corporation, January 31, 2000. Direct and cross-examination February 9, 2000 on market
risk in short warrants position.

Craig J. McCann
(page 8)

Expert Report in *John S. Davenport v Wheat First Securities, Inc. et al*, NASD Arbitration Panel, November 1, 1999 on suitability and damages.

Deposition testimony in *Jonathan Bekhor et al v Josephthal Holdings et al*, (96 Civ. 4156 (LMM) S.D.N.Y.) September 30, 1999 on damages due to an alleged breach of contract.

Expert Report in *Jonathan Bekhor et al v Josephthal Holdings et al*, (96 Civ. 4156 (LMM) S.D.N.Y.) August 20, 1999 on damages due to an alleged breach of contract.

Direct and cross-examination in *William S. Haaz, et al v Oppenheimer & Co., Inc., et al* NASD Arbitration Panel, October 7, 1998 on churning, suitability and damages.

Expert Report in *William S. Haaz, et al v Oppenheimer & Co., Inc., et al* NASD Arbitration Panel, September 15, 1998 on churning, suitability and damages.

Direct and cross-examination in *David L. Ffrench v Pennsylvania Merchant Group*, et al on liability and damages in securities arbitration on suitability and damages May 6, 1998.

*Report on The Adequacy of the SIPC Fund* to the Board of Directors of Securities Investor Protection Corporation, April 22, 1998.

Expert Report in *David L. Ffrench v Pennsylvania Merchant Group, et al* NASD Arbitration Panel, April 6, 1998 on suitability and damages.

Verified Statement in *Douglas Stabile, et al v Castle Commodities, et al* CFTC Docket No. 97-R114, February 2, 1998 on churning and damages in a futures account.

Expert Report in *Quereshi et al v PaineWebber et al* NASD Arbitration Panel, November 3, 1997 on churning, suitability and damages.

Direct and cross-examination in *John Shane and Beth Goodman v Tokai Bank*, (96 Civ. 5187 S.D.N.Y.) October 23, 24 1997 on the size and attribution of derivatives trading losses.

Deposition testimony in *John Shane and Beth Goodman v Tokai Bank*, (96 Civ. 5187 S.D.N.Y.) October 19, 1997.

Expert Report in *John Shane and Beth Goodman v Tokai Bank*, (96 Civ. 5187 S.D.N.Y.) October 18, 1997.

Direct and cross-examination in *Biagas et al v D.H. Blair at al* on liability and damages in securities arbitration on unauthorized trading, suitability, fraud and damages August 21, 22, October 14, 15 and December 10, 11 1997.

Expert Report in *Janette Alper v Amar S. Burchinow, et. al.*, NASD Arbitration Panel on churning and damages, January 30, 1997.

Before the Subcommittee on Securities of the Senate Banking Housing and Urban Affairs Committee, "How (and Why) Companies Should Value Their Employee Stock Options" Senate Hearings No. 103-359, October 21, 1993.

## Sample Projects

Consultant to counsel in derivatives (currency swaps) case.

Consultant to counsel in derivatives (futures & options on stock indexes) case.

Expert report at Wells Submission stage in investigation of alleged insider trading surrounding merger announcement.

## Shareholder Class Actions

Consultant to counsel in over one hundred securities class action lawsuits including:

Consultant to counsel for a heavy equipment manufacturer on liability, materiality and damages in a 10b-5 case.

Consultant to counsel for a computer software company on liability, materiality and damages in a 10b-5 case.

Consultant to counsel for a manufacturer of wireless telephone equipment on liability, materiality and damages in a 10b-5 case.

## Publications and Working Papers

"The Use of Leveraged Investments to Diversify a Concentrated Position" with Dr. Dengpan Luo, available at www.slcg.com.

"Detecting Personal Trading Abuses" working paper, 2003, available at www.slcg.com.

"Churning Revisited: Trading Costs and Control" with Dr. Dengpan Luo, *Securities Arbitration 2003 Handbook* PLI available at www.slcg.com.

"The Suitability of Exercise and Hold," with Dr. Dengpan Luo, *Securities Arbitration 2002 Handbook,* PLI available at www.slcg.com.

"Spreads, Markups, Sales Credits and Trading Costs," working paper with Richard Himelrick, Esq., 2001 available at www.slcg.com.

"The Prudent Investor Rule, Uniform Prudent Investor Act and Financial Theory," working paper, 2000.

"Economic Analysis in Broker Customer Disputes Involving Allegations of Churning," *Journal of Legal Economics* 9:1 Spring/Summer 1999.

(reprinted in *Securities Arbitration 1999 Handbook* PLI)

"A Comment on Accelerated Trading Models Used in Securities Class Action Lawsuits," with David Hsu, *Journal of Legal Economics* 8:3 Winter 1998-1999.

"How (and Why) Companies Should Value Their Employee Stock Options," *Journal of Applied Corporate Finance* Summer 1994, Volume 7 number 2, page 91.

"Perspectives: Taking Account of Stock Options," *Harvard Business Review* January-February 1994, Volume 72 number 1, page 27.

"Golden Parachutes: A Theoretical and Empirical Investigation," unpublished Ph.D. dissertation, UCLA, 1989.

Craig J. McCann
(page 10)

## Presentations at Conferences and Colloquia

"Damage Theories Under State Law for Securities Violations by Brokers in Arbitration," Houston Bar Association Securities Litigation & Arbitration Law Section, October 16, 2003.

"Prosecuting and Defending Claims Against Stockbrokers" Pennsylvania Bar Association, Mechanicsburg, March 19, 2003, Philadelphia, April 3, 2003 and Pittsburgh April 23, 2003.

"Claims Against Stockbrokers: How to Advise Your Clients" Virginia Bar Association, faculty member, Richmond, February 12, 2003 and Fairfax, February 13, 2003.

"Prosecuting and Defending Claims Against Stockbrokers" Pennsylvania Bar Association, faculty member, Mechanicsburg, August 2, 2001 and Philadelphia, August 14, 2001.

"Fiduciary Investing Under Virginia's New Uniform Acts" Virginia CLE, faculty member, Roanoke, Richmond, Norfolk and Falls Church, June 2000.

"Securities Class Action Damages," Litigation and Business Valuation Conference, NYSSCPA, New York, NY November 15, 1999.

"Securities Arbitration, 1999" Practising Law Institute, faculty member, San Francisco, July 16, 1999 and New York City, August 19, 1999.

"Prosecuting and Defending Claims Against Stockbrokers" Pennsylvania Bar Association, faculty member, Pittsburgh, July 20, 1999 and Philadelphia, August 10, 1999.

"Economic Analysis of Damages in Securities Class Actions," Chicago Bar Association, Chicago, IL April 16, 1998.

"Antitrust & Banking: Emerging Issues in the New Banking Environment," Office of the Comptroller of the Currency, Conference on Antitrust & Banking, Washington D.C., November 16, 1995.

January 12, 2004

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) ) Chapter 11 |
| KAISER GROUP INTERNATIONAL, INC., et al. | ) Case Nos. 00-2263 to 00-2301 (MFW) ) ) |
| | ) (Jointly Administered Under ) Case No. 00-2263 (MFW)) |
| Debtors | ) ) |
| | ) Objection Deadline: May 19, 2005 at 4:00 PM ) Hearing Date: May 26, 2005 at 2:00 PM |

## CERTIFICATE OF SERVICE

I, Michael S. Tarringer, hereby certify that on May 6, 2005, I caused a copy of the

foregoing Notice, Motion and Memorandum (with attachments) of Claimant James D.

Pippin and the Class of ICT Spectrum Claimants for a Stay of the De-Registration of

Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy

Court's February 2, 2004 Order to be served on the parties on the attached service list via

United States First-Class Mail.

Michael S. Tarringer
MILLER FAUCHER and CAFFERTY LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103
(215) 864-2800

**KAISER GROUP INTERNATIONAL, INC., et al.**
**2002 Service List**

Norman L. Pernick, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Charlene D. Davis, Esquire
Elio Battista, Jr., Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Carl Schnee, Esquire
U.S. Attorney's Office
1201 Market Street
Suite 1100
Wilmington, DE 19899

William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Curtis J. Crowther, Esquire
White and Williams LLP
824 N. Market Street
Wilmington, DE 19899-0709

David Buchbinder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Neal J. Levitsky, Esquire
L. Jason Cornell, Esquire
Agostini, Levitsky, Isaacs & Kulesza
824 N. Market Street
P.O. Box 2323
Wilmington, DE 19899-2323

Michelle McMahon, Esquire
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 Orange Street. 8th Floor
P.O. Box 2207
Wilmington, DE 19801

Ellen W. Slights, Esquire
Assistant U.S. Attorney
1201 Market St., Suite 1100
PO Box 2046
Wilmington, DE 19899-2046

Scott D. Cousins, Esquire
William E. Chipman, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Greg M. Galardi, Esquire
Eric M. Davis, Esquire
Skadden Arps Slate Meagher
 & Flom LLP
One Rodney Square, PO Box 636
Wilmington, DE 19899

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Robert J. Dehney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Michael D. DeBaecke, Esquire
Blank Rome Comisky & McCauley
Chase Manhattan Center, Suite 800
1201 Market Street
Wilmington, DE 19801-4226`

Lisa C. McLaughlin, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1401
Wilmington, DE 19801

David J. Carickhof, Jr., Esquire
Cozen and O'Connor
1201 N. Market Street, #1400
Wilmington, DE 19806

Thomas G. Macauley, Esquire
Zuckerman, Spaeder, Goldstein, Taylor &
Kolker, LLP
919 Market St., Suite 1705
P.O. Box 1028
Wilmington, DE 19899

Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, #904
PO Box 1351
Wilmington, DE 19899

Lori Simpson, Esquire
Lori Simpson, P.A.
2 N. Charles Street, Suite 500
Baltimore MD 21201

Kevin T. Lantry
Sidley Austin Brown & Wood
Member
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010

Frederick D. Holden, Jr., Esquire
Orrick, Herrington & Sutcliffe LLP
Old Federal Reserve Bank Building
400 Sansome Street
San Francisco, CA 94111-3143

Richard P. Swanson, Esquire
Craig E. Freeman, Esquire
Thelen Reid & Priest LLP
875 3rd Avenue, Floor 9
New York, NY 10022-7228

Christopher J. Ryan
Manager of Collections
Baker Hughes, Inc.
3900 Essex Lane, Suite 1200
Houston, TX 77027-5177

The Bank of New York
Attn: Loretta A. Lundberg, Vice Pres.
101 Barclay St., 21 West
New York, NY 10286

James Gadsden, Esquire
Carter, Ledyard & Milburn
2 Wall Street
New York, NY 10005-2072

Kenneth Jenkins, Esquire
Stone & Webster
100 Technology Center Drive
Stoughton, MA 02072-4710

Hollace T. Cohen, Esquire
Jennifer Saffer, Esquire
Jenkens & Gilchrist Parker Chapin
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Todd W. Ruskamp, Esq.
Shook Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

Ronald R. Peterson, Esq.
Craig C. Martin, Esq.
Jenner & Block
One IBM Plaza
Chicago, IL 60611

Robert A. Kargen, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Attn: Danita Garner
A.G. Edwards & Sons, Inc.
3801 Clark Avenue
St. Louis, MO 63103

Newton G. Pritchett, Jr., Esquire
Assistant Attorney General
PO Box 629
Raleigh, NC 27602-0629

Phillip Seligman
US Dept. of Justice
PO Box 875
Franklin Station
Washington, DC 20044

Susan Sherrill
U. S. Securities and Exchange Commission
Atlanta Regional Office of Reorganization
3475 Lenox Road NE, Suite 1000
Atlanta, Georgia 30326-1232

Missouri Dept. of Revenue
Attn: Gary L. Barnhart, Esquire
Bankruptcy Unit
301 W. High St., Room 670
PO Box 475
Jefferson City, MO 65105-0475

Jeffrey R. Dollinger, Esquire
Scruggs & Carmichael, PA
1 Southeast 1st Avenue
Gainsville, FL 32601

Steven Ferst, Esquire
Florida Department of Transportation
605 Suwannee Street
Tallahassee, FL 32399

Lawrence G. Widem
Assistant Attorney General
55 Elm Street
PO Box 120
Hartford, CT 06106

Ronald M. Martin, Esquire
Holland & Hart
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO 80903

J. Thomas Macdonald, Esq.
Otten, Johnson, Robinson, Neff
 & Ragonetti, PC
950 17th Street, Suite 1600
Denver, CO 80202

Arnold S. Albert, Esquire
Albert & Schulwolf, LLC
1201 Connecticut Ave., NW, Suite 850
Washington, DC 20036

Holly L. Tomchey, Esquire
David J. Fischer, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606

Richard M. Beheler, Esquire
Blackwell Sanders Peper Martin, LLP
2300 Main Street, Suite 1100
PO Box 419777
Kansas City, M0 64108

Frederick R. Brock, Esquire
Gartner, Brock and Simon
PO Box 10697
Jacksonville, FL 32247-0697

Bart Hartman
Teasurer-Tax Collector
County of San Diego
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
 Graham Pena & Sampson, LLP
PO Box 3064
Houston, TX 772533064

Traci L. Cotton, Esquire
The University of Texas System
Office of the General Counsel
201 W. Seventh Street
Austin, TX 78701

Lawrence E. Rifken, Esquire
· McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102

Alison K. North, Esquire
Deputy County Attorney
Civil Division
Pima County Attorney's Office
32 N. Stone, Suite 2100
Tucson, AZ 85701

Elizabeth Weller, Esquire
Linebarger Heard Goggan Blair
 Graham Pena & Sampson, LLP
2323 Bryan St., Suite 1720
Dallas, TX 75201-2691

Leslie Ann Berkoff, Esquire
Morritt, Hock, Hamroff & Horowitz, LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530

Edgar J. Lana, Esquire
P. O. Box 2180
18 Orinda Way
Orinda, CA 94563

Samuel J. Fortier
Fortier & Mikko, P. C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503

AT&T Corp.
Attn: Judith Archer, Esq.
900 US Highway 202/206
Bedminster, NJ 07921-2691

Andrew L. Swope, Esquire
Kirkpatrick & Lockhart LLP
240 North Third Street
Harrisburg, PA 17101

Paul K. Skvarna
c/o Wm. J. Simon, Esquire
The Law Offices of Wm. J. Simon
P.O. Box 1705
San Bernardino, CA 92402-1705

Michael D. Cooper, Esquire
Wendel, Rosen, Balck & Dean, LLP
1111 Broadway, 24th Fl.
Oakland, CA 94607

International Finance Corporation
2121 H Street, NW
Washington, DC 20433

Attn: Ing. Svatopluk Velkoborsky
Attn: Ing. Gerhard Pretsch
Vratimovska 689
707 02 Ostrava Kuncice
Czech Republic

Raymond J. Urbanik, Esquire
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790

Michael B. Schaedle, Esquire
Blank Rome Comisky & McCauley
One Logan Square
Philadelphia, PA 19103

Denise Ann Faulk, Esquire
State of Arizona
Office of the Attorney General
1275 West Washington
Phoenix, AZ 85007

Allison Weiss, Esquire
LeBoeuf, Lamb, Greene & MacRae
125 W. 55th Street
New York, NY 10019-5389

Joseph M. Korte
744 Eastridge Place
Boise, ID 83712

William M. Rossi-Hawkins, Esquire
Phillips, Lytle, Hitchcock, Blaine
 & Huber LLP
437 Madison Avenue, 34th Floor
New York, NY 10022

Kevin Bannon
Lampe Conway Co. LLC
680 5th Avenue, Suite 1202
New York, NY 10019-5429

William D. Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1100
Wilmington, DE 19801

Roger G. Jones, Esquire
Boult, Cummins, Conners & Berry, PLC
414 Union Street, Suite 1600
P.O. Box 198062
Nashville, TN 37219

Martha E. Romero
Law Offices of Martha E. Romero
 and Associates
7743 South Painter Avenue, Suite A
Whittier, CA 90602

G. Christopher Meyer, Esquire
Christine Murphy Pierpont, Esquire
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower, 127 Public Square
Cleveland, OH 44114-1304

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Anita L. Blaney, Esquire
1815 Greenplace Terrace
Rockville, MD 20580