IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>KAISER GROUP INTERNATIONAL, )<br>INC., et al. )<br>)<br>Debtors )<br>) | Chapter 11<br><br>Case Nos. 00-2263 to 00-2301 (MFW)<br><br>(Jointly Administered Under<br>Case No. 00-2263 (MFW)) |

### EMERGENCY NOTICE OF APPEAL

PLEASE TAKE NOTICE that Claimant James D. Pippin and the Class of ICT Spectrum Claimants ("Spectrum Claimants") appeal under 28 U.S.C. § 158(a) from the Order entered in this case by the Honorable Mary F. Walrath, Bankruptcy Judge, on June 2, 2005, denying Claimants' Motion for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy Court's February 2, 2004 Order, a copy of which is attached as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the Spectrum Claimants are filing this appeal on an emergency basis and by motion will request the District Court to take expedited action on the ground that, to avoid irreparable harm, relief is needed in less time than would normally be taken by the District Court to consider a bankruptcy appeal.

The names of the parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Party:  Debtors Kaiser Group International, Inc., et al.

G. Christopher Meyer, Esquire
Squire, Sanders & Dempsey L.L.P.,
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Phone: (216) 479-8500
Co-Counsel for Debtors

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: (302) 421-6800
Co-Counsel for Debtors

Dated: June 8, 2005

                     **CHIMICLES & TIKELLIS LLP**

By: _____
Pamela S. Tikellis (DE Bar # 2172)
A. Zachary Naylor (DE Bar # 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Phone: (302) 656-2500


William R. Kane
Michael S. Tarringer
**MILLER FAUCHER and CAFFERTY LLP**
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103
Phone: 215-864-2800

Attorneys for Claimant Pippin and the Class

2