# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., *et al.*, ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |

Related to Docket Nos. 1724, 1725 and 1731

**ORDER DENYING MOTION OF CLAIMANT PIPPEN AND THE CLASS
OF ICT SPECTRUM CLAIMANTS FOR A STAY OF THE DE-REGISTRATION
OF KAISER GROUP HOLDINGS COMMON STOCK PENDING THE FINAL
DISPOSITION OF THE BANKRUPTCY COURT'S FEBRUARY 2, 2004 ORDER**

This matter came to be heard on the Motion of Claimant Pippen and the Class of ICT Spectrum Claimants for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy Court's February 2, 2004 Order (the "Motion") (Docket No. 1724); and the Memorandum of Law in support of the Motion (Docket No. 1725); and the Court having also considered Kaiser's Response to the ICT Claimants' Motion for a Stay of the De-Registration of Kaiser Group Holdings Common Stock (Docket No. 1731); and it appearing that proper and adequate notice of the ICT Motion has been given and that no other or further notice is necessary; and upon the record of the hearing held before me on May 31, 2005 (the "Hearing"); and after due deliberation thereon; and for the reasons stated by the Court on the record at the Hearing, it is

ORDERED, ADJUDGED AND DECREED THAT the Court is without subject-matter jurisdiction to grant the relief requested in the Motion, and accordingly, the Motion is DENIED.

Honorable Mary F. Walrath
Chief United States Bankruptcy Judge

Dated: June ___, 2005