**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **00-2263 MFW**
Deputy Clerk Transferring Case: M. Walter
Case Type: Appeal **- AP-05-42**

**Order, Date Entered and Issues**
Order Denying Motion of Claimant Pippen and the Class of ICT Spectrum Claimants for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy Court's February 2, 2004 Order. Entered on 06/02/2005. (Docket #1739)

Notice of Emergency Appeal (Docket #1741)
Appellant's Designation (Docket #1744)

| | |
|---|---|
| **Debtor:** | Kaiser Group International, Inc., et al. |
| **Counsel:** | **Mark Minuti, Esq.** |
| | Saul Ewing LLP |
| | 222 Delaware Avenue, Suite 1200 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 421-6800** |
| | |
| **Appellant(s):** | James D. Pippin and the Class of ICT Spectrum Claimants |
| **Counsel:** | **A. Zachary Naylor** |
| | Chimicles & Tikellis LLP |
| | One Rodney Square |
| | P.O. Box 1035 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 656-2500** |

*****NO APPELLEE DESIGNATION FILED*****

*****DISTRICT COURT CIVIL ACTION #05-384*****