IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., et al. ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered Under |
| ) | Case No. 00-2263 (MFW)) |

**ICT SPECTRUM CLAIMANTS' DESIGNATION OF ITEMS TO BE INCLUDED
AND ISSUE PRESENTED IN RECORD ON EMERGENCY APPEAL**

Pursuant to Rule 8006 of the Bankruptcy Rules, Claimant James D. Pippin, on behalf of himself and the Class of ICT Spectrum Bankruptcy Claimants, hereby designates the following items to be included in the record on appeal from the Order entered in this case by the Honorable Mary F. Walrath, Chief Bankruptcy Judge, on June 2, 2005, denying the Motion of Claimant Pippin and the Class of ICT Spectrum Bankruptcy Claimants for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending Final Resolution of the Bankruptcy Court's February 2, 2004 Order:

1. Notice of Appeal, filed in Bankruptcy Court on June 8, 2005 with attached Bankruptcy Court Order, dated June 2, 2005, issued by Chief Judge Walrath denying Pippin Motion, attached hereto as Exhibit A;

2. Bankruptcy Court Order, dated February 2, 2004, issued by Chief Judge Walrath granting Pippin Motion for Resolution of Class Claim, attached hereto as Exhibit B;

3. Kaiser Bankruptcy Court Hearing Transcript, dated August 18, 2004 before Chief Bankruptcy Judge Walrath, attached hereto as Exhibit C;

4. Bankruptcy Court Order, dated October 5, 2004, entered by Chief Judge Walrath

granting Kaiser's Motion for a Stay of the Court's February 2, 2004 Order, attached hereto as Exhibit D;

5. Declaration of Marian P. Hamlett, Exhibit A to Kaiser Group International, Inc.'s Brief in Support of Motion for Stay Pending Appeal, filed August 11, 2004, attached hereto as Exhibit E;

6. Motion of James D. Pippin and ICT Spectrum Claimants for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending Final Resolution of the Bankruptcy Court's February 2, 2004 Order, and all exhibits thereto, attached hereto as Exhibit F;

7. Kaiser's Response to the ICT Claimants' Motion for a Stay of the De-Registration of Kaiser Group Holdings Common Stock, and all exhibits thereto, attached hereto as Exhibit G;

8. Kaiser Bankruptcy Hearing Transcript, dated May 31, 2005 before Chief Bankruptcy Judge Walrath, attached hereto as Exhibit H; and

9. Kaiser's Second Amended Plan of Reorganization, attached hereto as Exhibit I.

In addition, Claimant Pippin and the Class of ICT Spectrum Bankruptcy Claimants hereby designate the following issue to be presented by this appeal:

Whether the Bankruptcy Court erred in concluding that it had no jurisdiction to grant the Motion filed by the Class of ICT Spectrum Claimants, pursuant to Bankruptcy Rule 8005, seeking a Stay of Debtors' De-registration of its common stock during the pendency of Debtors' appeal of the Bankruptcy Court's Order awarding a substantial number of shares of Kaiser common stock to the Spectrum Claimants.

Dated: June 15, 2005

Respectfully submitted,

*[signature]*

Pamela S. Tikellis (DE Bar # 2172)
A. Zachary Naylor (DE Bar #4439)
**CHIMICLES & TIKELLIS LLP**
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Tel: (302) 656-2500

William R. Kane
Michael S. Tarringer
**MILLER FAUCHER AND CAFFERTY LLP**
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
Tel: (215) 864-2800

Attorneys for Appellants,
James D. Pippin and the Class of ICT Spectrum Claimants

3