IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**8

IN RE: Kaiser Group International, Inc., et al.

---

|  |  |  |
|---|---|---|
| James D. Pippin and the Class of ICT Spectrum Claimants, | ) ) ) ) | |
| Appellants | ) | Civil Action No.   05-384 JJF |
| v. | ) ) ) | |
| Kaiser Group International, Inc., et al. | ) ) | |
| Appellee | ) | Bankruptcy Case No. 00-2263 MFW |

**NOTICE OF DOCKETING**

A Copy of an Emergency Notice of Appeal of the following order of the Bankruptcy Court dated 6/2/05 was docketed in the District Court on 7/15/05:

> Order Denying Motion of Appellants for a Stay of the De-Registration of Kaiser Group Holdings Common Stock Pending the Final Disposition of the Bankruptcy Court's 2/2/04 Order.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.


                                            Peter T. Dalleo
                                            Clerk of Court

Date:   July 15, 2005

To:   U.S. Bankruptcy Court
       Counsel