# Chimicles & Tikellis LLP

### ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Brian D. Long *
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly Marisa Litman
Timothy Newlyn Mathews
A. Zachary Naylor *

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

July 15, 2005

**BY E-FILING AND HAND DELIVERY**

U.S. District Court of Delaware
The Honorable Judge Joseph J. Farnan, Jr.
844 North King Street, Room 4209
Wilmington, DE 19801

Re:    **Pippin/ICT Spectrum v. Kaiser Group International, Inc.,
       C.A. No. 05-384-JJF**

Dear Judge Farnan:

   I am enclosing herewith a letter from my corresponding counsel, Michael Tarringer, concerning Claimant Pippin and the ICT Spectrum class' pending appeal.

   I am available at Your Honor's convenience if the Court has any questions.

Respectfully,

A. Zachary Naylor (#4439)

cc: Clerk of the Court
    Mark Minuti, Esquire
    G. Christopher Meyer, Esquire

HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633