
Miller Faucher and Cafferty LLP

One Logan Square, 18th & Cherry Streets, Suite 1700   Philadelphia, PA 19103
(215) 864-2800   Fax (215) 864-2810

30 North LaSalle Street
Suite 3200
Chicago, Il 60602
(312) 782-4880
Fax (312) 782-4485

101 North Main Street
Ann Arbor, MI 48104
(734) 769-2144
Fax (734) 769-1207

July 15, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re: **Pippin/ICT Spectrum v. Kaiser Group International**
    **Civil Action No. 05-384**

Dear Judge Farnan:

We are in receipt of the Court's June 24, 2005 Memorandum Opinion and Order regarding Civil Action No. 04-278. After receiving Your Honor's decision, we contacted opposing counsel in an effort to determine what, if any, action is now needed with respect to the issues raised by the related filing of our emergency appeal, CA. No. 05-384. We now know that Kaiser plans to appeal this Court's June 24 decision to the Third Circuit Court of Appeals, as indicated by the recent 8-K filing of the Company (attached hereto).

While we do not wish to burden this Court unnecessarily, Kaiser's plan to appeal this Court's June 24 decision coupled with its continuing efforts to deregister Kaiser New Common Stock during that appeal leave Appellants in this case with little choice but to continue with the emergency appeal of the Bankruptcy Court's June 2, 2005 Order. Based on the above, we are writing to inform Your Honor that the current pending appeal and related motion should not be considered moot as a result of this Court's June 24 decision.

Should Your Honor have any questions, we are available to discuss this matter. Thank you for your consideration.

Respectfully,

*Michael J. Tarringer*

Michael S. Tarringer

cc: Clerk of the Court
    Mark Minuti, Esquire
    G. Christopher Meyer, Esquire

# EXHIBIT A

# EXHIBIT A

Summary of KAISER GROUP HOLDINGS INC - Yahoo! Finance

Case 1:05-cv-00384-JJF    Document 9-2    Filed 07/15/2005    Page 3 of 3

Page 1 of 1

Yahoo!  My Yahoo!  Mail                     Search the Web [          ] Search

**YAHOO! FINANCE** Sign In / New User? Sign Up    Finance Home - Help    EDGAR Online

            
Cameras | MP3 Players | Shoes | Cell Phones | Handbags                YAHOO! SH
                                                                       Enter your sea
                                                                       Search Sh

**Quotes & Info**    Enter Symbol(s): [        ] GO    Symbol Lookup | Financial Search
                     e.g. YHOO, ^DJI

KGHI.PK > SEC Filings for KGHI.PK > Form 8-K on 28-Jun-2005          All Recent SEC Filings

Show all filings for KAISER GROUP HOLDINGS INC | Request a Trial to NEW EDGAR Online Pro

## Form 8-K for KAISER GROUP HOLDINGS INC

28-Jun-2005

### Other Events

**Item 8.01 Other Events**

As previously reported, by order dated February 4, 2004 the United States Bankruptcy Court for the District of Delaware ruled that Kaiser Group Holdings, Inc. is obligated to issue 247,350 additional shares of Common Stock to former shareholders of ICT Spectrum Constructors, Inc. in respect of their claims as Class 5 Equity Interests in the Kaiser Group International, Inc. bankruptcy proceedings. Kaiser Group Holdings, Inc. disagreed with this conclusion and appealed the order to the United States District Court for the District of Delaware. On June 24, 2005 the District Court affirmed the Bankruptcy Court's decision. Kaiser Group Holdings, Inc. continues to believe that this result is inconsistent with the Kaiser Group International, Inc. Plan of Reorganization and intends to file an appeal with the United States Court of Appeals for the Third Circuit.

Add KGHI.PK to Portfolio    Set Alert    Email to a Friend

Get **SEC Filings** for Another Symbol: [    ] GO Symbol Lookup

Quotes & Info for KGHI.PK - All Recent SEC Filings

**Sign Up for a Free Trial to the NEW EDGAR Online Pro**
Detailed SEC, Financial, Ownership and Offering Data on over 12,000 U.S. Public Companies.
Actionable and easy-to-use with searching, alerting, downloading and more.
Request a Trial    Sign Up Now

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy