IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| KAISER GROUP INTERNATIONAL, ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| INC., et al. ) | |
| ) | |
| Debtors ) | |
| ) | |
| James D. Pippin and the Class of ICT ) | |
| Spectrum Bankruptcy Claimants, ) | Civil Action No. 05-384-JJF |
| ) | |
| Appellants, ) | |
| v. ) | |
| ) | |
| Kaiser Group International, Inc., et al. ) | |
| ) | |
| Appellees. ) | |

**CERTIFICATE OF SERVICE**

I, A. Zachary Naylor, hereby certify that on August 2, 2005, I caused copies of the foregoing Appellants' Motion For Waiver Of Mediation Of The Appeal Of The Bankruptcy Court's June 2, 2005 Order, Supporting Brief and a proposed Order to be served in the method indicated on the following:

**BY HAND DELIVERY**
Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE  19899

**BY FACSIMILE**
**& FIRST CLASS MAIL**
G. Christopher Meyer, Esquire
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114-1304

**BY FACSIMILE**
**& FIRST CLASS MAIL**
Kenneth N. Klee, Esquire
Daniel J. Bussel, Esquire
KLEE, TUCHIN, BOGDANOFF &
STERN LLP
Fox Plaza
2121 Avenue of the Stars
Thirty Third Floor
LosAngeles, CA 90067-5061

_____
A. Zachary Naylor (#4439)