IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | ) ) ) | Case No. 00-2263 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| JAMES D. PIPPIN and the CLASS OF ICT SPECTRUM BANKRUPTCY CLAIMANTS, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | Civil Action No. 05-384-JFF |
| KAISER GROUP INTERNATIONAL, INC., et al., | ) ) ) ) | |
| Appellees. | ) | |

## STIPULATION AND ORDER STAYING APPEAL

NOW COMES Appellants James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants (the "Class") and Appellees Kaiser Group International, Inc., and in affiliated debtors[1] (collectively the "Debtors"), by and through their undersigned counsel, and in order to facilitate ongoing settlement discussions among the parties, hereby stipulate, subject to approval of the Court, as follows:

1. This Appeal shall be stayed through and including September 5, 2005 or such later date as may subsequently be agreed to by the parties (the "Stay Period") and all deadlines shall be tolled during this period.

2. In the event that the parties are unable to resolve this Appeal, the Debtors shall file their answering brief in response to Appellants' Motion for Waiver of Mediation of the

---

[1] The affiliated debtors include Kaiser Engineers Massachusetts, Inc., Kaiser Technology Holdings, Inc., Tudor Engineering Company, Kaiser Engineers Group, Inc., Kaiser Engineers, Inc., Kaiser Engineers International, Inc., Kaiser Engineers and Constructors, Inc., Kaiser Overseas Engineering, Inc. and Kaiser Holdings Unlimited, Inc.

524966.1 8/5/05

Appeal of the Bankruptcy Court's June 2, 2005 Order on or before September 12, 2005 or such later date as may subsequently be agreed to by the parties.

3.  During the Stay Period, Kaiser Group Holdings, Inc. shall defer its formal written response to the pending comments received from the United States Securities and Exchange Commission to its proposed 1-for-20 reverse stock split of its common stock (the "Stock Split") and shall not take any further action to effectuate such Stock Split or deregistration of the common stock.

<table>
<tr><td>

_____
Pamela S. Tikellis, Esquire (DE No. 2172)
A. Zachary Naylor (DE No. 4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500

and

William R. Kane, Esquire
Michael S. Tarringer, Esquire
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
(215) 864-2800

Attorneys for James Pippin and the Class

Dated: August 5, 2005

</td><td>

_____
Mark Minuti, Esquire (DE No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840

and

Kenneth N. Klee, Esquire
Daniel J. Bussel, Esquire
KLEE, TUCHIN, BOGDANOFF
& STERN LLP
2121 Avenue of the Stars
Thirty-Third Floor
Los Angeles, CA 90067-5061
(310) 407-4000

Attorneys for the Debtors

</td></tr>
</table>

SO ORDERED this ___ day of August, 2005

_____
Joseph J. Farnan, Jr.
United States District Court Judge

524966.1 8/5/05