IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | ) ) ) | Case No. 00-2263 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| JAMES D. PIPPIN and the CLASS OF ICT SPECTRUM BANKRUPTCY CLAIMANTS, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | Civil Action No. 05-384-JFF |
| KAISER GROUP INTERNATIONAL, INC., et al., | ) ) ) ) | |
| Appellees. | ) | |

## THIRD STIPULATION AND ORDER STAYING APPEAL

NOW COMES Appellants James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants (the "Class") and Appellees Kaiser Group International, Inc., and affiliated debtors[1] (collectively the "Debtors"), by and through their undersigned counsel, having reached an agreement in principle that resolves the above-captioned matter subject to, inter alia, the execution of acceptable documentation and Bankruptcy Court approval, hereby stipulate, subject to approval of the Court, as follows:

1. This Appeal shall be stayed and all deadlines shall be tolled while the parties, among other things, document, finalize and seek approval of their settlement from the Bankruptcy Court.

2. In the event that the parties are unable to consummate the settlement in

---

[1] The affiliated debtors include Kaiser Engineers Massachusetts, Inc., Kaiser Technology Holdings, Inc., Tudor Engineering Company, Kaiser Engineers Group, Inc., Kaiser Engineers, Inc., Kaiser Engineers International, Inc., Kaiser Engineers and Constructors, Inc., Kaiser Overseas Engineering, Inc. and Kaiser Holdings Unlimited, Inc.

accordance with their agreement in principle, the parties shall notify this Court, at which time a new deadline for Appellees to file their answering brief in response to Appellants' Motion for Waiver of Mediation of the Appeal of the Bankruptcy Court's June 2, 2005 Order shall be set.

_____
Pamela S. Tikellis, Esquire (DE No. 2172)
A. Zachary Naylor (DE No. 4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500

and

William R. Kane, Esquire
Michael S. Tarringer, Esquire
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
(215) 864-2800

Attorneys for James Pippin and the Class

Dated: September 19, 2005

_____
Mark Minuti, Esquire (DE No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840

and

Kenneth N. Klee, Esquire
Daniel J. Bussel, Esquire
KLEE, TUCHIN, BOGDANOFF & STERN LLP
2121 Avenue of the Stars
Thirty-Third Floor
Los Angeles, CA 90067-5061
(310) 407-4000

Attorneys for the Debtors

SO ORDERED this ___ day of September, 2005

_____
Joseph J. Farnan, Jr.
United States District Court Judge

524966.1 9/19/05