IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> KAISER GROUP INTERNATIONAL, <br> INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-2263 to 00-2301-MFW |
| JAMES D. PIPPIN and the CLASS <br> of ICT SPECTRUM BANKRUPTCY <br> CLAIMANTS, <br><br> Appellants, <br><br> v. <br><br> KAISER GROUP INTERNATIONAL, <br> INC., et al., <br><br> Appellees. | Civil Action No. 05-384-JJF |

## O R D E R

WHEREAS, the parties have informed the Court that they have reached an agreement in principle settling the above-captioned matter;

WHEREAS, the Court has approved the Third Stipulation And Order Staying Appeal (D.I. 14) filed by the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **STAYED** and **CLOSED** administratively.

2. The parties shall file a status report with the Court **every ninety (90) days until the Stipulation of Dismissal is filed with the Court**, and may seek to reopen this action in the

event that that the Stipulation of Dismissal is not executed.

_October 13 2005_
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE